

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00553-CR

Gilbert **VILLARREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR5696
Honorable Philip A. Kazen Jr., Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 29, 2015.

_____
Patricia O. Alvarez, Justice